1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY HOLLOMAN** | Case No. CIV-09-1400-EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 9, 2010, to March 17, 2010.  This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

////

////

////

1

| | | |
|---|---|---|
| 1 | Dated: March 9, 2010 | */s/Bess M. Brewer* <br> BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: March 9, 2010          Benjamin B. Wagner

United States Attorney

/s/ *Michael Cabotaje*
MICHAEL CABOTAJE

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 10, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2