1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY HOLLOMAN** ) | Case No. CIV-09-1400-EFB |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| **Defendant.** ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 17, 2010, to March 29, 2010. Plaintiff's counsel overestimated her ability to file this case by March 17, 2010, and requests an additional extension until Monday, March 29, 2010.

////

////

////

| | | |
|---|---|---|
|1| Dated: March 24, 2010 | */s/Bess M. Brewer*<br>BESS M. BREWER |
|2| | Attorney at Law |
|3| | Attorney for Plaintiff |
|5| Dated:March 24, 2010 | Benjamin G. Wagner |
|6| | United States Attorney |
|8| | /s/ *Michael Cabotaje*<br>MICHAEL CABOTAJE |
|9| | Special Assistant U.S. Attorney<br>Social Security Administration |
|10| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED. Plaintiff is admonished, however, that he will not be granted any further extensions in this case.

DATED: March 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE