BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| GARY HOLLOMAN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 09-CV-1400-EFB <br><br> **STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND NINE HUNDRED DOLLARS AND 00/CENTS ($3,900.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §[§ 1920,] 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the

1  ability to honor the assignment will depend on whether the fees and expenses are subject to any
2  offset allowed under the United States Department of the Treasury's Offset Program.  After the
3  order for EAJA fees and expenses is entered, the government will determine whether they are
4  subject to any offset.

5       Fees and expenses shall be made payable to Plaintiff, but if the Department of the
6  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
7  the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the
8  assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

9       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
10 attorney fees and expenses, and does not constitute an admission of liability on the part of
11 Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
12 from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
13 EAJA attorney fees and expenses in connection with this action.

14      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
15 Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

16      Additionally, the parties shall deem withdrawn Plaintiff's motion and memorandum
17 regarding EAJA, filed with the court on December 9, 2010 (Docket No. 25), upon approval of
18 this stipulation by the Court (by execution of the attached Order).

19

20      Respectfully submitted,

21      LAW OFFICE OF BESS M. BREWER & ASSOCIATES

22 Date:   December 15, 2010         */s/Bess M. Brewer\**
23      BESS M. BREWER (* via email authorization dated
        December 15, 2010)
24      Attorney for Plaintiff

25

26

27

28

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER |
| | | | United States Attorney |
| | | | LUCILLE GONZALES MEIS |
| | | | Regional Chief Counsel, Social Security Administration |

Date:   December 15, 2010      By:    /s/Jacob M. Mikow
                                      JACOB M. MIKOW
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

Dated:  Decmeber 16, 2010    _____
                             EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE

-3-